IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Case No. 6:23-cv-00553-JCB ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' NOTICE OF RELATED CASE**

Defendants National Labor Relations Board ("the Board"), its named Chairman and Members, respectfully notify the Court pursuant to JCB-CV-42 [ECF No. 5] and Local Rule CV-42(a) that one defendant, the Board, is a party in a related case. That case, *Service Employees International Union v. National Labor Relations Board ("SEIU v. NLRB")*, was filed on November 6, 2023, in the United States Court of Appeals for the District of Columbia Circuit, and docketed as D.C. Circuit Case Number 23-1309. In *SEIU v. NLRB*, the petitioner filed a petition for review of the same final rule (88 Fed. Reg. 73,946), issued by the Board on October 27, 2023, that is subject to challenge in the instant case. Therefore, all or a material part of the above-captioned action is related to the subject matter or operative facts of an earlier filed action, now pending in the D.C. Circuit.

1

        Respectfully submitted,

        /s/ Christine Flack
        CHRISTINE FLACK
        *Senior Attorney*
        (No official bar number in Maryland)
        Tel: (202) 273-2842
        Fax: (202) 273-4244
        christine.flack@nlrb.gov

        SHAWNNELL T. BARNETT
        *Attorney*
        DC Bar No. 1531575
        Tel: (202) 316-6397
        Fax: (202) 273-4244
        shawnnell.barnett@nlrb.gov

        National Labor Relations Board
        Contempt, Compliance, and Special Litigation Branch
        1015 Half St. SE
        Washington, DC 20003

        *Attorneys for Defendants*

Dated: November 14, 2023

## CERTIFICATE OF SERVICE

I certify that on November 14, 2023, I filed the foregoing Notice of Related Case with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

Respectfully submitted,

/s/ Christine Flack
CHRISTINE FLACK
*Senior Attorney*
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE
Washington, DC 20003