IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Civil Case No. 6:23-cv-00553-JCB |

**DEFENDANTS' NOTICE REGARDING EXTENSION
OF EFFECTIVE DATE OF FINAL RULE**

The undersigned respectfully notifies the Court that Defendants (collectively, "the Board") have voted to extend the effective date of the Standard for Determining Joint Employer Status, 88 Fed. Reg. 73,946 (Oct. 27, 2023) (to be codified at 29 C.F.R. § 103.40) ("Final Rule"), to February 26, 2024. Notice of the extension will appear in the Federal Register shortly. Counsel for Defendants has requested to confer with Plaintiffs' counsel in order to seek agreement on a proposed briefing schedule in light of this extension.

Respectfully submitted,

/s/ Christine Flack
CHRISTINE FLACK
Senior Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE
Washington, DC 20003

*Attorney for Defendants*

Dated: November 16, 2023

## CERTIFICATE OF SERVICE

I certify that on November 16, 2023, I filed the foregoing document with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

    Respectfully submitted,

/s/ Christine Flack
CHRISTINE FLACK
*Senior Attorney*
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE
Washington, DC 20003