UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Civil Case No. 6:23-cv-00553-JCB |

## JOINT PROPOSED BRIEFING SCHEDULE

Counsel for Defendants and Counsel for Plaintiffs have met and conferred via teleconference on November 16, 2023, and by email thereafter, concerning a schedule for briefing dispositive motions in this case in light of the Rule's new effective date of February 26, 2024. Having reached an agreement, the parties jointly submit the following proposed schedule and request that the Court enter an Order reflecting these deadlines. Plaintiffs and Defendants further agree that this joint proposal supersedes their respective prior proposals [*see* ECF Nos. 11 & 18] and should avoid the need for further briefing on Section 705. The parties jointly submit the following briefing schedule:

Transfer briefing pursuant to the following deadlines:

- November 20, 2023—Board Motion to Transfer

- December 4, 2023—Plaintiffs' Opposition

1

- December 11, 2023—Board Reply

- December 18, 2023—Plaintiffs' Surreply (optional)

<u>Merits briefing pursuant to the following deadlines</u>:

- November 13, 2023—Plaintiffs' filed Motion for Summary Judgment (30 pages)

- December 18, 2023—Board Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (35 pages)

- January 16, 2024—Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Board Motion for Summary Judgment (20 pages)

- January 23, 2024—Board Reply (15 pages)

Respectfully submitted,

/s/ Christine Flack
CHRISTINE FLACK
Senior Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
christine.flack@nlrb.gov

TYLER WIESE
Senior Attorney
Minnesota Bar No. 0329601
Tel: (952) 703-2891
tyler.wiese@nlrb.gov

SHAWNNELL T. BARNETT
Attorney
DC Bar No. 1531575
Tel: (202) 316-6397
shawnnell.barnett@nlrb.gov

ELISABETH H. CAMPBELL
Attorney
NYS Bar Reg. No. 5935325
Tel: (202) 273-0121
elisabeth.campbell@nlrb.gov

Stephanie A. Maloney
  D.C. Bar No. 1044276 (*pro hac vice*)
Jordan L. Von Bokern
  D.C. Bar No. 1032962 (*pro hac vice*)
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062-2000
Telephone: (202) 463-5337
smaloney@uschamber.com
jvonbokern@uschamber.com

*Attorneys for the Chamber of Commerce of the United States of America*

Maury Baskin
  D.C. Bar No. 248898 (*pro hac vice* to be filed)
Littler Mendelson
815 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20006
Telephone:  (202) 842-3400
Facsimile:  (202) 842-0011
mbaskin@littler.com

*Counsel to Associated Builders and Contractors and International Franchise Association*

Angelo I. Amador
  D.C. Bar No. 480031 (*pro hac vice*)
Restaurant Law Center
2055 L Street, N.W.
Suite 700
Washington, D.C. 20036
Telephone: (202) 331-5913

*Counsel for the Restaurant Law Center*

/s/ *Pratik A. Shah*
Pratik A. Shah (Lead Attorney)
  D.C. Bar No. 497108 (*pro hac vice*)
James E. Tysse
  D.C. Bar No. 9787522 (*pro hac vice*)
James C. Crowley
  D.C. Bar No. 208946 (*pro hac vice*)
Margaret O. Rusconi
  D.C. Bar No. 1719371 (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
pshah@akingump.com
jtysse@akingump.com
jcrowley@akingump.com
mrusconi@akingump.com

Laura P. Warrick
  Texas Bar No. 24079546
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone:  (214) 969-4770
Facsimile:  (214) 969-4343
lwarrick@akingump.com

*Counsel to Plaintiffs Chamber of Commerce of the United States of America, American Hotel and Lodging Association; Associated Builders and Contractors; Associated General Contractors of America; Coalition for a Democratic Workplace; International Franchise Association; Longview Chamber of Commerce; National Association of Convenience Stores; National Retail Federation; Restaurant Law Center; Texas Association of Business; and Texas Restaurant Association*

3

## CERTIFICATE OF SERVICE

I certify that on November 17, 2023, I filed the foregoing document, Joint Proposed Briefing Schedule, with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

/s/ Christine Flack
CHRISTINE FLACK
Senior Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

## **CERTIFICATE OF CONFERENCE**

Pursuant to the meet and confer requirement in Local Rule CV-7(h), the undersigned certifies that on November 16, 2023, the undersigned, Deputy Branch Chief Kevin Flanagan, Supervisory Attorney Dean Owens, and attorneys Tyler Wiese and Christine Flack, attended a video conference call with Plaintiff's counsel, Pratik Shah, James Tysse, James Crowley, and Margaret O. Rusconi. Subsequent to this video conference, the parties exchanged emails and reached agreement regarding the joint proposed briefing schedule.

/s/ Christine Flack
CHRISTINE FLACK
Senior Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov
