UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Case No. 6:23-cv-00553-JCB ) ) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Proposed Briefing Schedule. Upon due consideration, it is GRANTED. The following deadlines shall apply to the parties' briefing in this matter:

Transfer briefing pursuant to the following deadlines:

- November 20, 2023—Board Motion to Transfer

- December 4, 2023—Plaintiffs' Opposition

- December 11, 2023—Board Reply

- December 18, 2023—Plaintiffs' Surreply (optional)

Merits briefing pursuant to the following deadlines:

- November 13, 2023—Plaintiffs' filed Motion for Summar Judgment (30 pages)

- December 18, 2023—Board Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (35 pages)

- January 16, 2024—Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Board Motion for Summary Judgment (20 pages)

- January 23, 2024—Board Reply (15 pages)