UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00553

**Chamber of Commerce of the United States of America et al.,**
*Plaintiffs,*

v.

**National Labor Relations Board et al.,**
*Defendants.*

# ORDER

Plaintiffs' motion for expedited consideration (Doc. 11) is granted as modified herein. The following schedule will govern the proceedings in this case:

| Event | Deadline |
|---|---|
| Defendants' motion to transfer | November 20, 2023 |
| Plaintiffs' response to motion to transfer | December 4, 2023 |
| Defendants' reply in support of motion to transfer (optional) | December 11, 2023 |
| Plaintiffs' surreply in opposition to motion to transfer (optional) | December 18, 2023 |
| Defendants' opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment (35 pages) | December 18, 2023 |
| Plaintiffs' reply in support of their motion for summary judgment and opposition to defendants' cross-motion for summary judgment (20 pages) | January 16, 2024 |

| Defendants' reply in support of their cross-motion for summary judgment (15 pages) (optional) | January 23, 2024 |

Finally, the court orders that a dispositive motion need not include a statement of undisputed material facts under Local Rule CV-56(a) if both parties agree that fact-finding is not required and the motion so states.

*So ordered by the court on November 17, 2023.*

J. CAMPBELL BARKER
United States District Judge