IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Case No. 6:23-cv-00553-JCB ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Transfer to the D.C. Circuit for Lack of Subject-Matter Jurisdiction. Upon due consideration, it is hereby ORDERED that Defendants' Motion to Transfer is GRANTED. This matter is hereby transferred in the interest of justice to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631. The clerk is directed to transmit the original file and a certified copy of this Order to that court.

SO ORDERED.


Date: _____    _____
J. Campbell Barker
U.S. District Judge

1