# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AMERICAN HOTEL AND LODGING ASSOCIATION; ASSOCIATED BUILDERS AND CONTRACTORS; ASSOCIATED GENERAL CONTRACTORS OF AMERICA; COALITION FOR DEMOCRATIC WORKPLACE; INTERNATIONAL FRANCHISE ASSOCIATION; LONGVIEW CHAMBER OF COMMERCE; NATIONAL ASSOCIATION OF CONVENIENCE STORES; NATIONAL RETAIL FEDERATION; RESTAURANT LAW CENTER; TEXAS ASSOCIATION OF BUSINESS; and TEXAS RESTAURANT ASSOCIATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD; LAUREN MCFERRAN, Chair; MARVIN KAPLAN, Board Member; GWYNNE WILCOX, Board Member; and DAVID PROUTY, Board Member,<br><br>        Defendants. | Civil Action No. 6:23-cv-00553-JCB |

**UNOPPOSED MOTION BY THE AMERICAN HOSPITAL ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The American Hospital Association respectfully moves for leave to file the *amicus curiae* brief simultaneously entered in the docket for this matter. This Court has inherent authority to allow the filing of *amicus curiae* briefs even where local rules do not provide for them. *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990); *accord United States v. Davis*, 180 F. Supp. 2d 797, 799–800 (E.D. La. 2001). The AHA's amicus brief should be allowed because the AHA brings a unique perspective on this dispute and its participation will be "useful" to the Court. *Id.* As the brief explains, the challenged Final Rule threatens major harm to the AHA's member hospitals by reclassifying them as joint employers of many contract workers on which hospitals heavily rely. The brief explains why the Board's promulgation of the Final Rule was arbitrary and capricious for failing to address the AHA's concerns about the disruptive and harmful effects of the Final Rule. *See Huawei Techs. USA, Inc. v. FCC*, 2 F.4th 421, 449 (5th Cir. 2021). The brief also explains why the Board was wrong to conclude that it lacked discretion under the statute to tailor the Final Rule in a way that would have accommodated the AHA's concerns.

The parties do not oppose the filing of this amicus brief. Plaintiffs have affirmatively consented, and counsel for Defendants indicated that they "take no position." The AHA respectfully requests that the Court accept and consider its brief.

Date:   November 20, 2023                    Respectfully submitted,

/s/ Joanne Bush
Joanne R. Bush
JONES DAY
Texas Bar No. 24064983
717 Texas, Suite 3300
Houston, Texas  77002
Phone:  (832) 239-3782
Fax:  (832) 239-3600
Email: jrbush@jonesday.com

Anthony J. Dick
D.C. Bar No. 1015585
William J. Strench
D.C. Bar No. 1781271
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
Email: ajdick@jonesday.com

*Counsel to* Amicus Curiae
*American Hospital Association*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 20, 2023, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Eastern District of Texas, using the electronic case file system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Joanne Bush*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AMERICAN HOTEL AND LODGING ASSOCIATION; ASSOCIATED BUILDERS AND CONTRACTORS; ASSOCIATED GENERAL CONTRACTORS OF AMERICA; COALITION FOR DEMOCRATIC WORKPLACE; INTERNATIONAL FRANCHISE ASSOCIATION; LONGVIEW CHAMBER OF COMMERCE; NATIONAL ASSOCIATION OF CONVENIENCE STORES; NATIONAL RETAIL FEDERATION; RESTAURANT LAW CENTER; TEXAS ASSOCIATION OF BUSINESS; and TEXAS RESTAURANT ASSOCIATION,<br><br>            Plaintiffs,<br><br>   v.<br><br>NATIONAL LABOR RELATIONS BOARD; LAUREN MCFERRAN, Chair; MARVIN KAPLAN, Board Member; GWYNNE WILCOX, Board Member; and DAVID PROUTY, Board Member,<br><br>            Defendants. | Civil Action No. 6:23-cv-00553-JCB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY THE AMERICAN HOSPITAL ASSOCIATION
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

After considering the Unopposed Motion of the American Hospital Association, the Court hereby finds that there is good cause to grant the motion. Therefore, the Court **GRANTS** the Motion and deems the *amicus curiae* brief simultaneously entered on the docket filed as of the date *amicus* filed the Motion.