# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 6:23-cv-00553-JCB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] JOINT STIPULATION AS TO STANDING AND APPROPRIATE USE OF DECLARATIONS

Defendants National Labor Relations Board, *et al.* (collectively, "the Board") and Plaintiffs Chamber of Commerce of the United States of America, *et al.* (collectively, "Plaintiffs") submit the following joint stipulation for the Court's approval. This stipulation clarifies the purpose of declarations attached to Plaintiffs' Motion for Summary Judgment [see ECF No. 10, Attachments 5-13] ("Plaintiffs' Declarations") and avoids the Board filing a motion to strike them from the record. The parties stipulate to the following:

The parties agree that Plaintiffs' Declarations are filed for the purpose of establishing Plaintiffs' standing, which Defendants do not plan to dispute, and should not be considered for the resolution of the merits.

Accordingly, the parties agree that the Court should not rely on the citations to Plaintiffs' Declarations found on page 36 of Plaintiffs' summary judgment motion (ECF No. 10), since

1

Plaintiffs' Declarations are not part of the administrative record. The table below provides replacement citations to Plaintiffs' comments to the Agency, which are appropriately considered as part of the administrative record:

| Brief citation | Replacement citation | Location |
|---|---|---|
| IFA Decl. ¶ 9 | IFA Comments at 7-8, 11-13, 35-39 | Exhibit C |
| RLC Decl. ¶ 17 | RLC and NRA Comments at 6, 24-28 | https://www.regulations.gov/comment/NLRB-2022-0001-10404 |
| AHLA Decl. ¶ 13 | AHLA Comments at 7-8 | https://www.regulations.gov/comment/NLRB-2022-0001-10576 |
| NRF Decl. ¶ 9 | NRF Comments at 3-4 | https://www.regulations.gov/comment/NLRB-2022-0001-11418 |
| ABC Decl. ¶¶ 8-9 | ABC Comments at 4-6, 8 | https://www.regulations.gov/comment/NLRB-2022-0001-11233 |
| AGC Decl. ¶ 8 | AGC Comments at 3-4 | https://www.regulations.gov/comment/NLRB-2022-0001-11415 |

At the Court's request, Plaintiffs will submit a modified summary judgment brief with the above replacement citations (which may slightly affect the brief's pagination). The parties will maintain the existing briefing schedule.

Respectfully submitted,

/s/ Christine Flack
CHRISTINE FLACK
Supervisory Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
christine.flack@nlrb.gov

TYLER WIESE
Senior Attorney
Minnesota Bar No. 0329601
Tel: (952) 703-2891

tyler.wiese@nlrb.gov

SHAWNNELL T. BARNETT
Attorney
DC Bar No. 1531575
Tel: (202) 316-6397
shawnnell.barnett@nlrb.gov


|  | /s/ *Pratik A. Shah* |
|---|---|

Stephanie A. Maloney
  D.C. Bar No. 1044276 (*pro hac vice*)
Jordan L. Von Bokern
  D.C. Bar No. 1032962 (*pro hac vice*)
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062-2000
Telephone: (202) 463-5337
smaloney@uschamber.com
jvonbokern@uschamber.com

*Attorneys for the Chamber of Commerce
of the United States of America*

Maury Baskin
  D.C. Bar No. 248898 (*pro hac vice* to
be filed)
Littler Mendelson
815 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20006
Telephone:  (202) 842-3400
Facsimile:  (202) 842-0011
mbaskin@littler.com

*Counsel to Associated Builders and
Contractors and International Franchise
Association*

Angelo I. Amador
  D.C. Bar No. 480031 (*pro hac vice*)
Restaurant Law Center
2055 L Street, N.W.
Suite 700
Washington, D.C. 20036
Telephone: (202) 331-5913

Pratik A. Shah (Lead Attorney)
  D.C. Bar No. 497108 (*pro hac vice*)
James E. Tysse
  D.C. Bar No. 9787522 (*pro hac vice*)
James C. Crowley
  D.C. Bar No. 208946 (*pro hac vice*)
Margaret O. Rusconi
  D.C. Bar No. 1719371 (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
pshah@akingump.com
jtysse@akingump.com
jcrowley@akingump.com
mrusconi@akingump.com

Laura P. Warrick
  Texas Bar No. 24079546
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone:  (214) 969-4770
Facsimile:  (214) 969-4343
lwarrick@akingump.com

*Counsel to Plaintiffs Chamber of Commerce of the
United States of America, American Hotel and
Lodging Association; Associated Builders and
Contractors; Associated General Contractors of
America; Coalition for a Democratic Workplace;
International Franchise Association; Longview
Chamber of Commerce; National Association of
Convenience Stores; National Retail Federation;*

3

*Counsel for the Restaurant Law Center*          *Restaurant Law Center; Texas Association of Business; and Texas Restaurant Association*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 12, 2023, I filed the foregoing document, Joint Proposed

Stipulation, with this Court using the CM/ECF filing system, and a copy is being served on the

ECF Filers electronically by the Notice of Docket activity.

/s/ Christine Flack
CHRISTINE FLACK
Supervisory Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

5

## CERTIFICATE OF CONFERENCE

Pursuant to the meet and confer requirement in Local Rule CV-7(h), the undersigned certifies that on December 1, 2023, the undersigned, and attorneys Tyler Wiese and Shawnnell Barnett, attended a video conference call with Plaintiff's counsel, Pratik Shah, James Tysse, James Crowley, and Margaret O. Rusconi. Subsequent to this video conference, the parties exchanged emails and reached agreement regarding the joint proposed briefing schedule.

/s/ Christine Flack
CHRISTINE FLACK
Supervisory Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov