UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00553

**Chamber of Commerce of the United States of America et al.,**
*Plaintiffs,*

v.

**National Labor Relations Board et al.,**
*Defendants.*

# ORDER

In this case, plaintiffs seek permanent injunctive relief from an agency final rule, Standard for Determining Joint Employer Status, 88 Fed. Reg. 73,946 (2023). Pending before the court are the parties' cross-motions for summary judgment (Docs. 10, 34) and defendants' motion to transfer (Doc. 25). The court held a hearing on those motions on February 13, 2024.

The challenged rule currently has an effective date of February 26, 2024. The court now exercises its authority under 5 U.S.C. § 705 and stays the effective date of that rule by 14 days. As a result of this stay, the new effective date of the rescission of the prior joint-employer rule, 85 Fed. Reg. 11,184 (2020), and implementation of the new rule is March 11, 2024. An opinion with the court's reasoning will be issued forthwith.

*So ordered by the court on February 22, 2024.*

J. Campbell Barker
United States District Judge