IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Case No. 6:23-cv-00553-JCB ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, National Labor Relations Board, *et al.*, appeal to the United States Court of Appeals for the Fifth Circuit from the Opinion and Order issued by the United States District Court for the Eastern District of Texas on March 8, 2024 (Docket Nos. 44-45), as corrected on March 18, 2024 (Docket No. 47).

Respectfully submitted,

KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*
(No official bar number in Maryland)
Tel: (202) 273-2938
kevin.flanagan@nlrb.gov

/s/ Christine Flack
CHRISTINE FLACK
Supervisory Attorney

(No official bar number in Maryland)
Tel: (202) 273-2842
christine.flack@nlrb.gov

TYLER WIESE
Senior Attorney
Minnesota Bar No. 0329601
Tel: (952) 703-2891
tyler.wiese@nlrb.gov


NATIONAL LABOR RELATIONS BOARD
Contempt, Compliance, and Special Litigation Branch
1015 Half St. SE
Washington, DC 20003
Fax: (202) 273-4244

*Attorneys for Defendants*

Dated: May 7, 2024

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, I filed the foregoing document, Notice of Appeal, with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

/s/ Christine Flack
CHRISTINE FLACK
Supervisory Attorney
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov